# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2022

*The Court of Appeals hereby passes the following order:*

**A21A1285. CANDLER HOSP., INC. v. CAPRON et al.**

We granted an application for interlocutory appeal filed by Candler Hospital, Inc.. However, after thorough and plenary review, we have determined that no basis for reversal appears, and thus, the application for interlocutory appeal was improvidently granted. Therefore, the order granting the application is hereby vacated and this appeal is accordingly dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/28/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*